NINA F. LOCKER, State Bar No. 123838
IGNACIO E. SALCEDA, State Bar No. 164017
EVAN L. SEITE, State Bar No. 274641
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (866) 974-7329
Email:       nlocker@wsgr.com
             isalceda@wsgr.com
             eseite@wsgr.com

*Attorneys for Defendants Nutanix, Inc.,*
*Rajiv Ramaswami, Duston Williams, and Rukmini*
*Sivaraman*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| ALEXANDER GORSLINE, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> NUTANIX, INC., RAJIV RAMASWAMI, DUSTON WILLIAMS, and RUKMINI SIVARAMAN, <br><br> Defendants. | CASE NO.:  4:23-cv-01827-YGR <br><br> **DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12** <br><br> Hon. Yvonne Gonzalez Rogers |

DEFS.' ADMIN. MOTION TO CONSIDER WHETHER
CASES SHOULD BE RELATED
CASE NO.: 4:23-cv-01827-YGR

**TO THE COURT AND ALL PARTIES OF RECORD:**

Pursuant to Civil Local Rules 3-12 and 7-11, Defendants Nutanix, Inc. ("Nutanix" or the "Company"), Rajiv Ramaswami, Duston Williams, and Rukmini Sivaraman, (collectively, "Defendants") respectfully move the Court to consider whether the proposed shareholder action listed below (the "*Bushansky* Action") should be deemed related to the above-captioned putative securities class action, *Gorsline v. Nutanix, Inc., et al.*, No. 4:23-cv-01827-YGR (N.D. Cal.) (the "*Gorsline* Action"):

| Case Name | Case No. | Filing Date |
|---|---|---|
| *Bushansky v. Ramaswami, et al.* | 3:23-cv-02203-WHO | May 05, 2023 |

**MEMORANDUM OF POINTS AND AUTHORITIES**

Civil Local Rule 3-12(a) provides that "[a]n action is related to another when: (1) [t]he actions concern substantially the same parties, property, transaction or event; and (2) [i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."  The standard under Civil Rule 3-12(a) is satisfied here.

At the outset, counsel for the plaintiff in the *Gorsline* Action and the plaintiff in the *Bushansky* Action agree that the actions are related pursuant to Local Rule 3-12 and do not oppose the instant motion.  *See* Declaration of Evan L. Seite ("Seite Decl."), ¶ 2.  Moreover, Defendants submit that the later-filed *Bushansky* Action is related to the *Gorsline* Action under Civil Local Rule 3-12(a) because both concern the same general events, similar statements, and overlapping parties and issues.  Specially, the plaintiffs in both actions base their claims on the same alleged statements regarding the Company's internal controls relating to the use of licensed software and expense management.  *Compare* Complaint (Dkt. No. 1), at ¶¶ 24-43, *with* Seite Decl. Ex. A, at ¶¶ 48-74.  Further, the plaintiffs in both actions claim that the Company made a supposed corrective disclosure on March 6, 2023, about its internal controls regarding software license usage and expense management.  *Compare* Dkt. No. 1 at ¶¶ 44-45, 47, *with* Seite Decl. Ex. A, at ¶¶ 75-78, 80.  The *Bushansky* Action, like the *Gorsline* Action, names Nutanix and Mr. Ramaswami as

defendants.[1]  Finally, the complaint in the *Bushansky* Action expressly cites to the existence of, and allegations in, the *Gorsline* Action as a basis for their claims to derivative relief on behalf of Nutanix.  *See* Seite Decl. Ex. A, at ¶¶ 4, 81-82, 162.

For these reasons, and given the substantial factual and legal overlap among these actions, "there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."  Civil L.R. 3-12(a)(2).  As such, the Court and the parties to the *Gorsline* Action and the *Bushansky* Action will recognize efficiencies and economies of scale by relating these matters.

Accordingly, Defendants respectfully request this Court to find that the *Bushansky* Action is related to the *Gorsline* Action, and reassign the *Bushansky* Action to this Court.

Dated: June 29, 2023

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ *Nina F. Locker*
        Nina F. Locker

*Attorney for Defendants Nutanix, Inc.,*
*Rajiv Ramaswami, Duston Williams, and*
*Rukmini Sivaraman*

---

[1] The *Bushansky* action also names members of Nutanix's Board of Directors as defendants, who are not named defendants in the *Gorsline* action.  The *Bushansky* action does not name Mr. Williams or Ms. Sivaraman as defendants, but they are named defendants in the *Gorsline* action.