# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ALEXANDER GORSLINE, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>NUTANIX, INC., RAJIV RAMASWAMI, DUSTON WILLIAMS, and RUKMINI SIVARAMAN,<br><br>                    Defendants. | CASE NO.:  4:23-cv-01827-YGR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12**<br><br>Hon: Yvonne Gonzalez Rogers |

[PROPOSED] ORDER GRANTING DEFS.' ADMIN. MOT.
TO CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NO. 4:23-cv-01827-YGR

The Court having considered Defendants Nutanix, Inc., Rajiv Ramaswami, Duston Williams, and Rukmini Sivaraman's Administrative Motion to Consider Whether Cases Should Be Related Pursuant to Civil L.R. 3-12, hereby orders as follows:

1. The proposed shareholder derivative action captioned *Bushansky v. Ramaswami, et al.* Case No. 3:23-cv-02203-WHO (the " *Bushansky* Action"), is deemed related to *Gorsline v. Nutanix, Inc. et al.*, Case No. 4:23-cv-01827-YGR.

2. The *Bushansky* Action is hereby reassigned to Judge Yvonne Gonzalez Rogers.

**IT IS SO ORDERED.**

Dated: _____

**HON. YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**