NINA F. LOCKER, State Bar No. 123838
IGNACIO E. SALCEDA, State Bar No. 164017
EVAN L. SEITE, State Bar No. 274641
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile:  (866) 974-7329
Email:      nlocker@wsgr.com
            isalceda@wsgr.com
            eseite@wsgr.com

*Attorneys for Defendants*
*Nutanix, Inc., Rajiv Ramaswami,*
*Duston Williams, and Rukmini*
*Sivaraman*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ALEXANDER GORSLINE, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> NUTANIX, INC., RAJIV RAMASWAMI, DUSTON WILLIAMS and RUKMINI SIVARAMAN, <br><br> Defendants. | CASE NO.:  4:23-cv-01827-YGR <br><br> **CERTIFICATE OF SERVICE** <br><br> Before:  Hon. Yvonne Gonzalez Rogers |

CERTIFICATE OF SERVICE
CASE NO.: 4:23-cv-01827-YGR

# CERTIFICATE OF SERVICE

I, Phil Rucker, declare:

I am employed in Santa Clara County, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California 94304-1050.

On this date, I served:

**DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12**

**DECLARATION OF EVAN L. SEITE IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12**

**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12**

**CERTIFICATE OF SERVICE**

☒    By causing the document(s) to be placed in a sealed envelopes for collection and mailing with the United States Postal Service on this date to the person(s) addressed below.  I am readily familiar with this business's practice for collecting and processing correspondence for mailing.

Joel E. Elkins
Weiss Law
611 Wilshire Boulevard, Suite 808
Los Angeles, CA  90017
jelkins@weisslawllp.com

David C. Katz
Mark D. Smilow
305 Broadway, 7th Floor
New York, NY  10007
dkatz@weisslawllp.com
msmilow@weisslawllp.com

Joshua M. Rubin
Jonathan Meer
4 Brighton Road, Suite 204
Clifton, NJ  07014
jrubin@weisslawllp.com
jmeer@weisslawllp.com

*Counsel for Plaintiff Stephen Bushansky*
Case No. 3:23-cv-02203-WHO

I further certify that the documents have been consigned to an express mail service for guaranteed next day delivery to the following:

Hon. William H. Orrick
San Francisco Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and processing of documents for delivery according to instructions indicated above.  In the ordinary course of business, documents would be handled accordingly.

I declare under penalty of perjury that the foregoing is true and correct.  Executed at San Ramon, California on June 29, 2023.

*s/ Phil Rucker*
Phil Rucker

CERTIFICATE OF SERVICE
CASE NO. 4:23-CV-01827-YGR

- 2 -

**CIVIL L.R. 5-1(h)(3) ATTESTATION**

I, NINA F. LOCKER, am the ECF user whose ID and password are being used to file the **CERTIFICATE OF SERVICE**.  In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that Phil Rucker has concurred in this filing.


Dated:  June 29, 2023

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By: /s/ *Nina F. Locker*
    Nina F. Locker
    nlocker@wsgr.com

*Attorney for Defendants*
*Nutanix, Inc., Rajiv Ramaswami, Duston*
*Williams, and Rukmini Sivaraman*