UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALEXANDER GORSLINE**, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff**,**<br><br>vs.<br><br>**NUTANIX, INC., RAJIV RAMASWAMI, DUSTON WILLIAMS,** and **RUKMINI SIVARAMAN**,<br><br>Defendants**.** | Case No. 4:23-cv-01827-YGR<br><br>**ORDER GRANTING MOTION TO RELATE**<br><br>Re: Dkt. No. 24 |

Now before the Court is defendants' unopposed motion to relate *Gorsline v. Nutanix, Inc. et al.*, Case No. 4:23-cv-01827-YGR ("*Gorsline*") and the shareholder derivative action *Bushansky v. Ramaswami, et al.*, Case No. 3:23-cv-02203-WHO ("*Bushansky*"). (Dkt. No. 24.)

An action is related to another when (1) the actions concern substantially the same parties, property, transaction, or event; and (2) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges. Civ. L.R. 3-12(a).

The Court finds relating the cases appropriate. The actions not only concern substantially the same parties, they allege that the same statements regarding Nutanix violated securities law and injured the respective plaintiffs.

Further, defendants have complied with the requirement in the Local Rules that the party filing an administrative motion to consider whether cases should be related to serve a copy of the motion and proof of service on all known parties to each apparently related action. Civ. L.R. 3-12(b). (Dkt. No. 24-1, Seite Decl. at ¶ 2.) Defendants' counsel represents that it conferred with

counsel for plaintiff in *Gorsline* and *Bushansky* and that they agree the cases should be related. (*Id.*)

Accordingly, the motion is **GRANTED**. *Bushansky*, is deemed related to *Gorsline* and *Bushansky* is hereby reassigned to this Court.

This Order terminates Docket Number 24.

**IT IS SO ORDERED.**

Dated: July 12, 2023

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**