|  |  |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |

ALEXANDER GORSLINE,

Plaintiff(s),

v.

NUTANIX, INC., et al.,

Defendant(s).

Case No. 4:23-cv-01827-YGR

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, J. Alexander Hood II, an active member in good standing of the bar of the State of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiff, Alexander Gorsline in the above-entitled action. My local co-counsel in this case is Jennifer Pafiti, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 282790.

| | |
|---|---|
| Pomerantz LLP<br>600 Third Avenue, 20th Fl. NY, NY 10016<br>MY ADDRESS OF RECORD | Pomerantz LLP<br>1100 Glendon Ave., 15th Fl. Los Angeles CA 90024<br>LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 212-661-1100<br>MY TELEPHONE # OF RECORD | 310-432-8494<br>LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| ahood@pomlaw.com<br>MY EMAIL ADDRESS OF RECORD | jpafiti@pomlaw.com<br>LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: NY: 5030838.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 2 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 10, 2023

J. Alexander Hood II
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of J. Alexander Hood II is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 7/12/2023

_____
UNITED STATES DISTRICT JUDGE



## Appellate Division of the Supreme Court of the State of New York
## Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Joseph Alexander Hood

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **March 29, 2012**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on June 13, 2023.

*Robert D. Mayberger*

Clerk of the Court

CertID-00123607