NINA F. LOCKER, State Bar No. 123838
IGNACIO E. SALCEDA, State Bar No. 164017
EVAN L. SEITE, State Bar No. 274641
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile:  (866) 974-7329
Email:      nlocker@wsgr.com
            isalceda@wsgr.com
            eseite@wsgr.com

*Attorneys for Defendants*
*Nutanix, Inc., Rajiv Ramaswami,*
*Duston Williams, and Rukmini*
*Sivaraman*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ALEXANDER GORSLINE, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> NUTANIX, INC., RAJIV RAMASWAMI, DUSTON WILLIAMS, and RUKMINI SIVARAMAN, <br><br> Defendants. | CASE NO.:  4:23-cv-01827-YGR <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME TO FILE AMENDED COMPLAINT** <br><br> Before:  Hon. Yvonne Gonzalez Rogers |

STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND
TIME TO FILE AMENDED COMPLAINT
CASE NO.: 4:23-CV-01827-YGR

WHEREAS, on April 14, 2023, Plaintiff Alexander Gorsline filed a putative class action complaint ("*Gorsline* Complaint") against Defendants Nutanix, Inc., Rajiv Ramaswami, Duston Williams, and Rukmini Sivaraman (collectively, "Defendants") (together with Plaintiff, the "Parties") alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and SEC Rule 10b-5;

WHEREAS, on July 12, 2023, the Court appointed Plaintiff as Lead Plaintiff and appointed Pomerantz LLP as lead counsel to represent the putative class in this action;

WHEREAS, on July 18, 2023, the Parties filed a stipulation agreeing that Plaintiff would file an amended complaint by September 11, 2023, and Defendants would respond to the amended complaint by November 10, 2023, which the Court approved on August 3, 2023;

WHEREAS, on September 1, 2023, the Parties filed a stipulation agreeing to extend the deadline to file an amended complaint to September 26, 2023, and that Defendants would respond to the amended complaint by December 15, 2023, which the Court approved on September 8, 2023;

WHEREAS, the Parties have met and conferred regarding the deadline for filing an amended complaint, and agree to extend the deadline for Plaintiff to file an amended complaint to September 29, 2023;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties and their counsel, subject to the Court's approval, as follows:

1.  Plaintiff shall file an amended complaint by September 29, 2023.

2.  All other deadlines set in the Court's September 8, 2023 Order, related to motion to dismiss briefing will remain in effect.

STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND          -1-
TIME TO FILE AMENDED COMPLAINT
CASE NO. 4:23-cv-01827-YGR

**IT IS SO STIPULATED.**

Dated:  September 25, 2023

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ *Nina F. Locker*
　　　　　Nina F. Locker

*Attorney for Defendants*
*Nutanix, Inc., Rajiv Ramaswami, Duston*
*Williams, and Rukmini Sivaraman*

Dated:  September 25, 2023

POMERANTZ LLP

By: /s/ *Murielle J. Steven*
　　　　　Murielle J. Steven

*Attorney for Plaintiff*
*Alexander Gorsline*

**CIVIL L.R. 5-1(i)(3) ATTESTATION**

I, NINA F. LOCKER, am the ECF user whose ID and password are being used to file this STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME TO FILE AMENDED COMPLAINT.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Murielle J. Steven has concurred in this filing.

Dated:  September 25, 2023                     WILSON SONSINI GOODRICH & ROSATI
                                               Professional Corporation


                                               By: /s/ *Nina F. Locker*
                                                     Nina F. Locker
                                                     nlocker@wsgr.com

                                               *Attorney for Defendants*
                                               *Nutanix, Inc., Rajiv Ramaswami, Duston*
                                               *Williams, and Rukmini Sivaraman*

STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND             -3-
TIME TO FILE AMENDED COMPLAINT
CASE NO. 4:23-cv-01827-YGR

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated:   September 28, 2023                      _____

                                                HONORABLE YVONNE GONZALEZ ROGERS
                                                UNITED STATES DISTRICT JUDGE