NINA F. LOCKER, State Bar No. 123838
IGNACIO E. SALCEDA, State Bar No. 164017
EVAN L. SEITE, State Bar No. 274641
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile:  (866) 974-7329
Email:      nlocker@wsgr.com
            isalceda@wsgr.com
            eseite@wsgr.com

*Attorneys for Defendants*
*Nutanix, Inc., Rajiv Ramaswami,*
*Duston Williams, and Rukmini*
*Sivaraman*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| ALEXANDER GORSLINE, Individually and On Behalf of All Others Similarly Situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>NUTANIX, INC., RAJIV RAMASWAMI, DUSTON WILLIAMS, and RUKMINI SIVARAMAN, )<br><br>Defendants. ) | CASE NO.:  4:23-cv-01827-YGR<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO VACATE DEADLINES FOR AMENDED COMPLAINT AND MOTION TO DISMISS BRIEFING**<br><br>Before:  Hon. Yvonne Gonzalez Rogers |

WHEREAS, on April 14, 2023, Plaintiff Alexander Gorsline filed a putative class action complaint ("*Gorsline* Complaint") against Defendants Nutanix, Inc., Rajiv Ramaswami, Duston Williams, and Rukmini Sivaraman (collectively, "Defendants") (together with Plaintiff, the "Parties") alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and SEC Rule 10b-5;

WHEREAS, on July 12, 2023, the Court appointed Plaintiff as Lead Plaintiff and appointed Pomerantz LLP as lead counsel to represent the putative class in this action;

WHEREAS, on July 18, 2023, the Parties filed a stipulation agreeing that Plaintiff would file an amended complaint by September 11, 2023, and Defendants would respond to the amended complaint by November 10, 2023, which the Court approved on August 3, 2023;

WHEREAS, on September 1, 2023, the Parties filed a stipulation agreeing to extend the deadline to file an amended complaint to September 26, 2023, and that Defendants would respond to the amended complaint by December 15, 2023, which the Court approved on September 8, 2023;

WHEREAS, on September 25, 2023, the Parties filed a stipulation agreeing to extend the deadline to file an amended complaint to September 29, 2023;

WHEREAS, the Parties have reached an agreement in principle to settle Mr. Gorsline's individual claims and voluntarily dismiss the above-captioned action in full, with prejudice as to Mr. Gorsline's individual claims and without prejudice as to the putative class's claims;

WHEREAS, the Parties are continuing to work in good faith to finalize the terms of the settlement agreement and, to the extent final settlement is reached, will provide the Court with the complete terms of the settlement for *in camera* review;

WHEREAS, the Parties have met and conferred and agree, subject to the Court's approval, that in light of the Parties' agreement in principle to settle Mr. Gorsline's individual claims, and to promote efficiency and conserve judicial and party resources, the deadline to file an amended complaint and all deadlines for motion to dismiss briefing should be vacated to allow the Parties to negotiate in good faith to finalize the settlement.

STIPULATION AND [PROPOSED] ORDER TO VACATE DEADLINES FOR AMENDED COMPLAINT AND MOTION TO DISMISS BRIEFING CASE NO. 4:23-cv-01827-YGR

-1-

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties and their counsel, subject to the Court's approval, as follows:

1. The deadline to file an amended complaint and all other deadlines to respond to such complaint are vacated.

2. The Parties shall provide a further update to the Court regarding the status of the settlement by October 19, 2023.

**IT IS SO STIPULATED.**

Dated:  September 28, 2023

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ *Nina F. Locker*
      Nina F. Locker

*Attorney for Defendants*
*Nutanix, Inc., Rajiv Ramaswami, Duston*
*Williams, and Rukmini Sivaraman*

Dated:  September 28, 2023

POMERANTZ LLP

By: /s/ *Murielle J. Steven*
      Murielle J. Steven

*Attorney for Plaintiff*
*Alexander Gorsline*

STIPULATION AND [Proposed] ORDER TO VACATE
DEADLINES FOR AMENDED COMPLAINT AND MOTION
TO DISMISS BRIEFING
CASE NO. 4:23-cv-01827-YGR

-2-

**CIVIL L.R. 5-1(i)(3) ATTESTATION**

I, NINA F. LOCKER, am the ECF user whose ID and password are being used to file this STIPULATION AND [~~PROPOSED~~] ORDER TO VACATE DEADLINES FOR AMENDED COMPLAINT AND MOTION TO DISMISS BRIEFING.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Murielle J. Steven has concurred in this filing.

Dated:  September 28, 2023

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ *Nina F. Locker*
          Nina F. Locker
          nlocker@wsgr.com

*Attorney for Defendants*
*Nutanix, Inc., Rajiv Ramaswami, Duston*
*Williams, and Rukmini Sivaraman*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  October 2, 2023

_____

HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE