# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

ALEXANDER GORSLINE, Individually and On Behalf of All Others Similarly Situated,

      Plaintiff,

      vs.

NUTANIX, INC., RAJIV RAMASWAMI, DUSTON WILLIAMS, and RUKMINI SIVARAMAN,

      Defendants.

Case No.  4:23-cv-01827-YGR

**ORDER SETTING COMPLIANCE DEADLINE**

Re: Dkt. No. 24

In light of the status report at docket number 43, the Court sets a compliance deadline of November 15, 2023 on the Court's 9:00 a.m. calendar. **Five (5) business days prior to the date of the compliance deadline** parties shall advise the Court on the status of the settlement.

All compliance deadlines are decided on the papers and personal appearances are not necessary. If compliance is complete, the compliance deadline will be taken off calendar. Failure to timely file the requisite information may result in sanctions, or an additional conference being set by the Court.

**IT IS SO ORDERED.**

Dated: October 26, 2023

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**