

POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

Attorney for Plaintiff

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| ALEXANDER GORSLINE, Individually and On Behalf of All Others Similarly Situated, | CASE NO.: 4:23-cv-01827-YGR |
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL |
| v. | |
| NUTANIX, INC., RAJIV RAMASWAMI, DUSTON WILLIAMS, and RUKMINI SIVARAMAN, | |
| Defendants. | |

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

WHEREAS, no defendant in the above-captioned action *Gorsline v. Nutanix, Inc., et al.*, No. 4:23-cv-01827 (N.D. Cal.), brought before the United States District Court for the Northern District of California, has served an answer or motion for summary judgment;

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), plaintiff Alexander Gorsline hereby i) voluntarily dismisses his individual claims in the above-captioned action, with prejudice, as to all defendants and ii) voluntarily dismisses the putative class claims, without prejudice, as to all defendants.

Dated: November 8, 2023              Respectfully submitted,

                                     POMERANTZ LLP

                                     */s/ Murielle J. Steven Walsh*
                                     Murielle J. Steven Walsh (admitted pro hac vice)
                                     Emily C. Finestone (admitted pro hac vice)
                                     J. Alexander Hood II (admitted pro hac vice)
                                     600 Third Avenue, 20th Floor
                                     New York, New York 10016
                                     Telephone: (212) 661-1100
                                     Facsimile: (917) 463-1044
                                     mjsteven@pomlaw.com
                                     efinestone@pomlaw.com
                                     ahood@pomlaw.com

                                     POMERANTZ LLP
                                     Jennifer Pafiti (SBN 282790)
                                     1100 Glendon Avenue, 15th Floor
                                     Los Angeles, California 90024
                                     Telephone: (310) 405-7190
                                     jpafiti@pomlaw.com

                                     Attorneys for Plaintiff